**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Haven Salon & Spa LLC** <br> Name | EIN **82–1721251** |
| United States Bankruptcy Court **Northern District of Illinois** <br> Case number: **19–28744** | | Date case filed for chapter **7**   **10/9/19** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Haven Salon & Spa LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 224 Randall Road <br> South Elgin, IL 60177 | |
| 4. **Debtor's attorney** <br> Name and address | Roxanna Hipple <br> Hipple Law, P.C. <br> 303 West Main Street <br> West Dundee, IL 60118 | Contact phone 847 426–2900 <br> Email: rhipple@hipplelaw.com |
| 5. **Bankruptcy trustee** <br> Name and address | Gina B Krol <br> Cohen & Krol <br> 105 West Madison St Ste 1100 <br> Chicago, IL 60602 | Contact phone 312–368–0300 <br> Email: gkrol@cohenandkrol.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 10/10/19 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 4, 2019 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Haven Salon & Spa LLC  
    Debtor  

Case No. 19-28744-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: kkrystave    Page 1 of 1    Date Rcvd: Oct 10, 2019  
                      Form ID: 309C    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
db            +Haven Salon & Spa LLC,    224 Randall Road,    South Elgin, IL 60177-2274
28277670      +Carlos Diaz,    1364 Illinois Parkway,    Elgin, IL 60123-3222
28277672      +Creditors Relief,    120 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2501
28277677      +Knight Capital Funding,    9 E. Loockerman Street,    Suite 202-543,    Dover, DE 19901-8306
28277678      +MCA Recovery LLC,    17 State Street Suite 4000,    New York, NY 10004-1508
28277680      +Robert Smith, Esq.,    1021 Howard Street,    Saint Charles, IL 60174-2653
28277681      +Southern Land Development, LLC,    549 S. Washington Street,    Naperville, IL 60540-6641
28277682      +TFA Registered Agent Corporation,    Reg Agnt Southern Land Develop LLC,    321 N. Clark St #1301,
                Chicago, IL 60654-5202
28277683     ++VERICORE LLC,    10115 KINCEY AVENUE,    SUITE 100,    HUNTERSVILLE NC 28078-6482
               (address filed with court:   Vericore,     10115 Kincey Avenue,    Suite 100,
                Huntersville, NC 28078)
28277684       Village of South Elgin,    10 North Water Street,    South Elgin, IL 60177-1695
28277685      +Yancy Aquino-Calayag,    441 Churchill Road,    Elgin, IL 60124-8032
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: rhipple@hipplelaw.com Oct 11 2019 01:05:07     Roxanna Hipple,    Hipple Law, P.C.,
                303 West Main Street,    West Dundee, IL 60118
tr            +EDI: QGBKROL.COM Oct 11 2019 04:48:00     Gina B Krol,    Cohen & Krol,
                105 West Madison St Ste 1100,    Chicago, IL 60602-4600
28277669       EDI: AMEREXPR.COM Oct 11 2019 04:48:00     American Express,    P.O. Box 981540,
                El Paso, TX 79998-1540
28277671      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 11 2019 01:07:17      ComEd,
                Corporate Office Headquarters,    10 S Dearborn Street,    Chicago, IL 60603-2300
28277673       E-mail/Text: bankruptcyfilings@fundbox.com Oct 11 2019 01:05:23      Fundbox,
                300 Montgomery St., Suite 900,    San Francisco, CA 94104
28277674       E-mail/Text: rev.bankruptcy@illinois.gov Oct 11 2019 01:06:35
                Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W Randolph St,
                Chicago, IL 60601
28277675       EDI: IRS.COM Oct 11 2019 04:49:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
28277676      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Oct 11 2019 01:07:32      Kabbage, Inc.,
                PO Box 77081,    Atlanta, GA 30357-1081
28277679       E-mail/Text: bankrup@aglresources.com Oct 11 2019 01:05:14     Nicor Gas,    P.O. Box 2020,
                Aurora, IL 60507-2020
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
```
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roxanna Hipple    on behalf of Debtor 1   Haven Salon & Spa LLC rhipple@hipplelaw.com,
               rhipple62@gmail.com;r48571@notify.bestcase.com;cortiz@hipplelaw.com
                                                                                             TOTAL: 3
```